UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

BORISLAV ROGOVOY,

                Plaintiff,

   against-

UNITED STATES OF AMERICA,

                Defendant.
---------------------------------------------------------------- X

02 CV 5362 (ARR)

NOT FOR PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

I have received the Report and Recommendation on the instant case dated April 6, 2005 from the Honorable Steven M. Gold, United States Magistrate Judge. No objection has been made to Magistrate Judge Gold's report. Having conducted a de novo review of the record, I hereby adopt the Report and Recommendation as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, the court dismisses the instant action.

The Clerk of the Court is directed to enter judgment accordingly.

SO ORDERED.

                                            Allyne R. Ross
                                            United States District Judge

Dated: April 28, 2005
       Brooklyn, New York

SERVICE LIST:

<div style="margin-left: 2em;">

<u>Attorney for Plaintiff</u>
Rita F. Aronov
Shestack & Young LLP
233 Broadway
50th Floor
New York, NY 10279

<u>Attorney for United States</u>
Philip J. Miller
United States Attorney's Office
Eastern District of New York
One Pierrepont Plaza, 14th Floor
Brooklyn, NY 11201

</div>

cc: **Magistrate Judge Steven M. Gold**