UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BROISLAV ROGOVOY,　　　　　　　　　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　　　　　02-CV- 5362 (ARR)
　　　　　　　　Plaintiff,

　-against-

UNTIED STATES OF AMERICA,

　　　　　　　　Defendant.
-----------------------------------------------------------------X

　　　An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on April 29, 2005, adopting the Report and Recommendation of Magistrate Judge Steven M. Gold, dated April 6, 2005, after a de novo review of the record; and dismissing the case; it is

　　　ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Report and Recommendation of Magistrate Judge Steven M. Gold is adopted; and that judgment is hereby entered dismissing the case.


Dated: Brooklyn, New York
　　　　May 02, 2005

　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. HEINEMANN
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court